IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| UNITED STATES FOR THE USE AND BENEFIT OF METROPOWER, INC., | * | |
| | * | |
| Plaintiff, | | Case No. 5:18-CV-7-MTT |
| v. | * | |
| | | |
| GSC CONSTRUCTION, INC. AND | * | |
| DARWIN NATIONAL ASSURANCE | | |
| COMPANY D/B/A ALLIED WORLD | * | |
| INSURANCE COMPANY, | | |
| | | |
| Defendants. | | |

_____

## **J U D G M E N T**

Pursuant to this Court's Order dated June 26, 2019 and for the reasons stated therein, JUDGMENT is hereby entered in favor of Plaintiff in the amount of $100,377.49.  The amount shall accrue interest from the date of entry of judgment at the rate of 2.02 % per annum until paid in full.  Plaintiff shall also recover costs of this action.

This 27th day of June, 2019.

David W. Bunt, Clerk


s/ Amy N. Stapleton, Deputy Clerk